UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMIAH BROWN,

    Petitioner,

Case No. 1:07-cv-236

v.

HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: January 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge